

# Missouri Court of Appeals
## Southern District

## DECEMBER 21, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.   Case No.  SD33720

     Re:   STATE OF MISSOURI,
             Plaintiff-Respondent,
             v.
             ANDREW MCDONALD,
             Defendant-Appellant.